# UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT
## Appearance of Counsel Form

**Attorneys who wish to participate in an appeal must be properly admitted either to the bar of this court or for the particular proceeding pursuant to 11th Cir. R. 46-1, et seq.** An attorney not yet properly admitted must file an appropriate application. In addition, all attorneys (except court-appointed counsel) who wish to participate in an appeal must file an appearance form within fourteen (14) days after notice is mailed by the clerk, or upon filing a motion or brief, whichever occurs first. Application forms and appearance forms are available at www.ca11.uscourts.gov.

**Please Type or Print**

Court of Appeals No. 22-13994

Adriana Novoa, et al. vs. Manny Diaz, Jr., et al.

The Clerk will enter my appearance for these named parties or amici curiae (you must list all parties or amici; use extra pages if necessary):

See Attachment A.

These individuals/entities are:

- [x] appellant(s)
- [ ] petitioner(s)
- [ ] intervenor(s)
- [ ] appellee(s)
- [ ] respondent(s)
- [ ] amicus curiae

- [x] The following related or similar cases are pending in this court:
  Honeyfund.com, Inc. v. Governor, State of Florida, No. 22-13135; Pernell v. Lamb, No. 22-13992

- [x] Check here if you are lead counsel.

I hereby certify that I am an active member in good standing of the state bar or the bar of the highest court of the state (including the District of Columbia) named below, and that my license to practice law in the named state is not currently lapsed for any reason, including but not limited to retirement, placement in inactive status, failure to pay bar membership fees or failure to complete continuing education requirements. I understand that I am required to notify the Clerk of this court within 14 days of any changes in the status of my state bar memberships. *See* 11th Cir. R. 46-7.

State Bar: District of Columbia State Bar No.: 248070

Signature: /s/ Charles J. Cooper

Name (type or print): Charles J. Cooper Phone: (202) 220-9600

Firm/Govt. Office: Cooper & Kirk, PLLC E-mail: ccooper@cooperkirk.com

Street Address: 1523 New Hampshire Ave., NW Fax: (202) 220-9601

City: Washington State: DC Zip: 20036

# ATTACHMENT A

The Clerk will enter my appearance for these named parties:

Manny Diaz, Jr., in his official capacity as the Commissioner of the Florida State Board of Education; Timothy M. Cerio, Richard Corcoran, Aubrey Edge, Patricia Frost, Nimna Gabadage, Edward Haddock, Ken Jones, Darlene Luccio Jordan, Brian Lamb, Alan Levine, Charles H. Lydecker, Craig Mateer, Deanna Michael, Steven M. Scott, Eric Silagy, Kent Stermon, and Julie Leftheris, in their official capacities as members of the Florida Board of Governors of the State University System; Timothy L. Boaz, Sandra Callahan, Michael Carrere, N. Rogan Donelly, Michael E. Griffin, Oscar Horton, Lauren Monbarren, Nithin Palyam, Shilen Patel, Frederick Piccolo, Melissa Seixas, Jenifer Jasinski Schneider, William Weatherford, in their official capacities as the members of the University of South Florida Board of Trustees.