**IN THE UNITED STATES COURT OF APPEALS**
**ELEVENTH CIRCUIT**

**Case Number 22-13944-J**

---

**ADRIANA NOVOA, et al,**

Plaintiffs /Appellees,

-vs-

**MANNY DIAZ, JR., et al,**

Defendants / Appellants,

---

# APPELLEES' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to 11th Cir. Rule 27.1(a)(6), Appellees certify that the following persons have an interest in the outcome of this case:[1]

1. ALMOND, RUSSELL, Plaintiff-Appellee

2. AMERICAN CIVIL LIBERTIES UNION OF FLORIDA - Attorney firm for Plaintiffs-Appellees

---

[1] This Certificate includes parties involved in the related appeal of Pernell v. Lamb, Case No.: 22-13992.

3. AMERICAN CIVIL LIBERTIES UNION OF NEW YORK - Attorney firm for Plaintiffs-Appellees

4. AUSTIN, SHARON WRIGHT - Plaintiff-Appellee

5. AZIS, JACQUELINE NICOLE - Attorney for Plaintiffs-Appellees

6. BALLARD SPAHR LLP - Attorneys for Plaintiffs-Appellees

7. BENJAMIN, AARONSON, EDINGER & PATANZO, P.A. - Attorney firm for Plaintiffs-Appellees

8. BLANKENSHIP, KATHERINE- Attorney for Plaintiffs-Appellees

9. BOAZ, TIMOTHY - Defendant-Appellant

10. CALLAHAN, SANDRA - Defendant-Appellant

11. CARRERE, MICHAEL - Defendant-Appellant

12. CERIO, TIMOTHY - Defendant-Appellant

13. COLEMAN, SANTINO - Attorney for Plaintiffs-Appellees

14. COOPER & KIRK, PLLC - Attorney firm for Defendants - Appellants

15. COOPER, CHARLES J. - Attorney for Defendants-Appellants

16. CORCORAN, RICHARD - Defendant-Appellant

17. DAUPHIN, JOHANA - Plaintiff-Appellee

18. DIAZ, JR., MANNY - Defendant-Appellant

19. DONNELLY, N. ROGAN - Defendant-Appellant

20. DORSEY, DANA THOMPSON - Plaintiff-Appellee

21. DUNN, MARVIN – Plaintiff-Appellee

22. EDGE, AUBREY - Defendant-Appellant

23. EDINGER, GARY S. - Attorney for Plaintiffs-Appellees

24. EDWARDS, JERRY CRAWFORD - Attorney for Plaintiffs-Appellees

25. FAJANA, MORENIKE - Attorney for Plaintiffs-Appellees

26. FIRST AMENDMENT FORUM AT UNIVERSITY OF SOUTH FLORIDA - Plaintiff-Appellee

27. FITZPATRICK, MARTIN A. - MAGISTRATE JUDGE, U.S. District Court for the Northern District of Florida

28. FLORIDA A & M UNIVERSITY BOARD OF TRUSTEES - Defendant (Dismissed on Nov. 22, 2022)

29. FLORIDA BOARD OF GOVERNORS OF THE STATE UNIVERSITY SYSTEM – Defendant (Dismissed on Nov. 22, 2022)

30. FLORIDA INTERNATIONAL UNIVERSITY BOARD OF TRUSTEES - Defendant (Dismissed on Nov. 22, 2022)

31. FLORIDA STATE UNIVERSITY BOARD OF TRUSTEES - Defendant (Dismissed on Nov. 22, 2022)

32. FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION - Attorney firm for Plaintiffs-Appellees

33. FROST, PATRICIA - Defendant-Appellant

34. GABADAGE, NIMNA - Defendant-Appellant

35. GREUBEL, GREG - Attorney for Plaintiffs-Appellees

36. GRIFFIN, MICHAEL - Defendant-Appellant

37. HADDOCK, EDWARD - Defendant-Appellant

38. HINGER, SARAH ANN - Attorney for Plaintiffs-Appellees

39. HORTON, OSCAR - Defendant-Appellant

40. JOHNSON, ALEXSIS MARIE - Attorney for Plaintiffs-Appellees

41. JONES, KEN - Defendant-Appellant

42. JORDAN, DARLENE LUCCIO - Defendant-Appellant

43. LAMB, BRIAN - Defendant-Appellant

44. LECKERMAN, JASON ALLEN - Attorney for Plaintiffs-Appellees

45. LEE, JIN HEE - Attorney for Plaintiffs-Appellees

46. LEFTHERIS, JULIE - Defendant-Appellant

47. LEVINE, ALAN - Defendant-Appellant

48. LYDECKER, CHARLES - Defendant-Appellant

49. MABATAH, ISIUWA JACQUELINE - Attorney for Plaintiffs-Appellees

50. MATEER, CRAIG - Defendant-Appellant

51. MCNAMARA, CAROLINE A. - Attorney for Plaintiffs- Appellees

52. MICHAEL, DEANNA - Defendant-Appellant

53. MONBARREN, LAURAN - Defendant-Appellant

54. MORAFF, LAURA BETH - Attorney for Plaintiffs-Appellees

55. MORRIS, JOSHUA T. - Attorney for Plaintiffs-Appellees

56. NAACP LEGAL DEFENSE & EDUCATION FUND - Attorney firm for Plaintiffs-Appellees

57. NASCIMENTO, ISABELLA SALOMAO - Attorney for Plaintiffs-Appellees

58. NOVOA, ADRIANA - Plaintiff-Appellee

59. OHLENDORF, JOHN DAVID - Attorney for Defendants-Appellants

60. PALYAM, NITHIN - Defendant-Appellant

61. PARK, SHELLEY - Plaintiff-Appellee

62. PATEL, SHILEN - Defendant-Appellant

63. PERNELL, LEROY - Plaintiff-Appellee

64. PICCOLO, FREDRICK - Defendant-Appellant

65. RAMER, JOHN - Attorney for Defendants-Appellants

66. RECHEK, SAMUEL - Plaintiff-Appellee

67. SANDOVAL, JENNIFER - Plaintiff-Appellee

68. SCHNEIDER, JENIFER - Defendant-Appellant

69. SCOTT, STEVEN - Defendant-Appellant

70. SEIXAS, MELISSA - Defendant-Appellant

71. SELF, WILLIAM - Defendant-Appellant

72. SILAGY, ERIC - Defendant-Appellant

73. STEINBAUGH, ADAM - Attorney for Plaintiffs-Appellees

74. STERMON, KENT - Defendant-Appellant

75. SYKES, EMERSON JAMES - Attorney for Plaintiffs- Appellees

76. TILLEY, DANIEL BOAZ - Attorney for Plaintiffs-Appellees

77. TOBIN, CHARLES DAVID - Attorney for Plaintiffs-Appellees

78. University of Central Florida Board of Trustees - Defendant (Dismissed on Nov. 22, 2022)

79. UNIVERSITY OF FLORIDA BOARD OF TRUSTEES - Defendant (Dismissed on Nov. 22, 2022)

80. UNIVERSITY OF SOUTH FLORIDA BOARD OF TRUSTEES - Defendant (Dismissed on Nov. 22, 2022)

81. WALKER, MARK E., DISTRICT JUDGE, U.S. District Court for the Northern District of Florida

82. WATSON, LEAH MONIQUE - Attorney for Plaintiffs-Appellees

83. WEATHERFORD, WILLIAM - Defendant-Appellant

84. WOLD, MEGAN M. - Attorney for Defendants-Appellants

*Respectfully submitted,*

/s/ Gary S. Edinger
GARY S. EDINGER, ESQUIRE
Fla. Bar No.: 0606812
BENJAMIN, AARONSON, EDINGER & PATANZO, P.A.
305 N.E. 1st Street
Gainesville, Florida 32601
Tel: (352) 338-4440
Fax: (352) 337-0696
GSEdinger12@gmail.com

GREG HAROLD GREUBEL*
PA. Bar No. 321130; NJ No. 171622015
ADAM STEINBAUGH*
PA. Bar No. 326475
JT MORRIS*
TX Bar No. 2409444
FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
510 Walnut Street; Suite 1250
Philadelphia, PA 19106
Tel: (215) 717-3473
Fax: (215) 717-3440
greg.greubel@thefire.org
adam@thefire.org
JT.Morris@thefire.org

*Pending admission

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of Court for the United States Court of Appeals for the Eleventh Circuit by using the appellate CM/ECF system on December 7, 2022. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

/s/ Gary S. Edinger
GARY S. EDINGER, Esquire
Florida Bar No.: 0606812