**CASE NO. 22-13994**

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

ADRIANA NOVOA, et al.,

*Appellees/Plaintiffs*,

-vs-

MANNY DIAZ, JR., et al.,

*Appellants/Defendants*.

# APPELLEES' UNOPPOSED MOTION TO ENLARGE TIME FOR FILING THEIR OPPOSITION TO APPELLANTS' MOTION FOR STAY PENDING APPEAL

GARY S. EDINGER, ESQUIRE
Fla. Bar No.: 0606812
BENJAMIN, AARONSON, EDINGER & PATANZO, P.A.
305 N.E. 1st Street
Gainesville, Florida 32601
Tel: (352) 338-4440
Fax: (352) 337-0696
GSEdinger12@gmail.com

*Attorney for Appellees*

IN THE UNITED STATES COURT OF APPEALS
ELEVENTH CIRCUIT

Adriana Novoa, et al. v.
Manny Diaz Jr., et al.

Case No.: 22-13994

**CERTIFICATE OF INTERESTED PERSONS**
**AND CORPORATE DISCLOSURE STATEMENT**

11th Cir. R. 26.1 requires that a Certificate of Interested Persons and Corporate Disclosure Statement be included with each brief, petition, answer, motion or response filed by any party.

Listed below are the trial judge and all attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of this case:

1. ALMOND, RUSSELL, Plaintiff-Appellee
2. AMERICAN CIVIL LIBERTIES UNION OF FLORIDA - Attorney firm for Plaintiffs-Appellees
3. AMERICAN CIVIL LIBERTIES UNION OF NEW YORK - Attorney firm for Plaintiffs-Appellees
4. AUSTIN, SHARON WRIGHT - Plaintiff-Appellee
5. AZIS, JACQUELINE NICOLE - Attorney for Plaintiffs-Appellees

6. BALLARD SPAHR LLP - Attorneys for Plaintiffs-Appellees

7. BENJAMIN, AARONSON, EDINGER & PATANZO, P.A. - Attorney firm for Plaintiffs-Appellees

8. BLANKENSHIP, KATHERINE- Attorney for Plaintiffs-Appellees

9. BOAZ, TIMOTHY - Defendant-Appellant

10. CALLAHAN, SANDRA - Defendant-Appellant

11. CARRERE, MICHAEL - Defendant-Appellant

12. CERIO, TIMOTHY - Defendant-Appellant

13. COLEMAN, SANTINO - Attorney for Plaintiffs-Appellees

14. COOPER & KIRK, PLLC - Attorney firm for Defendants - Appellants

15. COOPER, CHARLES J. - Attorney for Defendants-Appellants

16. CORCORAN, RICHARD - Defendant-Appellant

17. DAUPHIN, JOHANA - Plaintiff-Appellee

18. DIAZ, JR., MANNY - Defendant-Appellant

19. DONNELLY, N. ROGAN - Defendant-Appellant

20. DORSEY, DANA THOMPSON - Plaintiff-Appellee

21. DUNN, MARVIN – Plaintiff-Appellee

22. EDGE, AUBREY - Defendant-Appellant

23. EDINGER, GARY S. - Attorney for Plaintiffs-Appellees

24. EDWARDS, JERRY CRAWFORD - Attorney for Plaintiffs-Appellees

25. FAJANA, MORENIKE - Attorney for Plaintiffs-Appellees

26. FIRST AMENDMENT FORUM AT UNIVERSITY OF SOUTH FLORIDA - Plaintiff-Appellee

27. FITZPATRICK, MARTIN A. - MAGISTRATE JUDGE, U.S. District Court for the Northern District of Florida

28. FLORIDA A & M UNIVERSITY BOARD OF TRUSTEES - Defendant (Dismissed on Nov. 22, 2022)

29. FLORIDA BOARD OF GOVERNORS OF THE STATE UNIVERSITY SYSTEM – Defendant (Dismissed on Nov. 22, 2022)

30. FLORIDA INTERNATIONAL UNIVERSITY BOARD OF TRUSTEES - Defendant (Dismissed on Nov. 22, 2022)

31. FLORIDA STATE UNIVERSITY BOARD OF TRUSTEES - Defendant (Dismissed on Nov. 22, 2022)

32. FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION - Attorney firm for Plaintiffs-Appellees

33. FROST, PATRICIA - Defendant-Appellant

34. GABADAGE, NIMNA - Defendant-Appellant

35. GREUBEL, GREG - Attorney for Plaintiffs-Appellees

36. GRIFFIN, MICHAEL - Defendant-Appellant

37. HADDOCK, EDWARD - Defendant-Appellant

38. HINGER, SARAH ANN - Attorney for Plaintiffs-Appellees

39. HORTON, OSCAR - Defendant-Appellant

40. JOHNSON, ALEXSIS MARIE - Attorney for Plaintiffs-Appellees

41. JONES, KEN - Defendant-Appellant

42. JORDAN, DARLENE LUCCIO - Defendant-Appellant

43. LAMB, BRIAN - Defendant-Appellant

44. LECKERMAN, JASON ALLEN - Attorney for Plaintiffs-Appellees

45. LEE, JIN HEE - Attorney for Plaintiffs-Appellees

46. LEFTHERIS, JULIE - Defendant-Appellant

47. LEVINE, ALAN - Defendant-Appellant

48. LYDECKER, CHARLES - Defendant-Appellant

49. MABATAH, ISIUWA JACQUELINE - Attorney for Plaintiffs-Appellees

50. MATEER, CRAIG - Defendant-Appellant

51. MCNAMARA, CAROLINE A. - Attorney for Plaintiffs- Appellees

52. MICHAEL, DEANNA - Defendant-Appellant

53. MONBARREN, LAURAN - Defendant-Appellant

54. MORAFF, LAURA BETH - Attorney for Plaintiffs-Appellees

55. MORRIS, JOSHUA (JT) - Attorney for Plaintiffs-Appellees

56. NAACP LEGAL DEFENSE & EDUCATION FUND - Attorney firm for Plaintiffs-Appellees

57. NASCIMENTO, ISABELLA SALOMAO - Attorney for Plaintiffs-Appellees

58. NOVOA, ADRIANA - Plaintiff-Appellee

59. OHLENDORF, JOHN DAVID - Attorney for Defendants-Appellants

60. PALYAM, NITHIN - Defendant-Appellant

61. PARK, SHELLEY - Plaintiff-Appellee

62. PATEL, SHILEN - Defendant-Appellant

63. PERNELL, LEROY - Plaintiff-Appellee

64. PICCOLO, FREDRICK - Defendant-Appellant

65. RAMER, JOHN - Attorney for Defendants-Appellants

66. RECHEK, SAMUEL - Plaintiff-Appellee

67. SANDOVAL, JENNIFER - Plaintiff-Appellee

68. SCHNEIDER, JENIFER - Defendant-Appellant

69. SCOTT, STEVEN - Defendant-Appellant

70. SEIXAS, MELISSA - Defendant-Appellant

71. SELF, WILLIAM - Defendant-Appellant

72. SILAGY, ERIC - Defendant-Appellant

73. STEINBAUGH, ADAM - Attorney for Plaintiffs-Appellees

74. STERMON, KENT - Defendant-Appellant

75. SYKES, EMERSON JAMES - Attorney for Plaintiffs-Appellees

76. TILLEY, DANIEL BOAZ - Attorney for Plaintiffs-Appellees

77. TOBIN, CHARLES DAVID - Attorney for Plaintiffs-Appellees

78. UNIVERSITY OF CENTRAL FLORIDA BOARD OF TRUSTEES - Defendant (Dismissed on Nov. 22, 2022)

79. UNIVERSITY OF FLORIDA BOARD OF TRUSTEES - Defendant (Dismissed on Nov. 22, 2022)

80. UNIVERSITY OF SOUTH FLORIDA BOARD OF TRUSTEES - Defendant (Dismissed on Nov. 22, 2022)

81. WALKER, MARK E., DISTRICT JUDGE, U.S. District Court for the Northern District of Florida

82. WATSON, LEAH MONIQUE - Attorney for Plaintiffs-Appellees

83. WEATHERFORD, WILLIAM - Defendant-Appellant

84. WOLD, MEGAN M. - Attorney for Defendants-Appellants

By: /s/ Gary S. Edinger
Gary S. Edinger, Esquire
Florida Bar No.: 0606812
Co-Counsel for Appellees/Plaintiffs

Appellees move this Court to extend the time for filing their Opposition Brief for seven (7) days and say: [1]

1. Appellants filed their Motion for Stay Pending Appeal on December 5, 2022.

2. As per the Federal Rules of Appellate Procedure, Appellees' response would be due December 15, 2022.

3. Appellants certified that all participants in the case are registered CM/ECF users and that their Motion for Stay Pending Appeal was served via the appellate CM/ECF system.

4. Mr. Greubel, Mr. Steinbaugh, and Mr. Morris—Appellees' counsel at the Foundation for Individual Rights and Expression—are not registered appellate CM/ECF users in this Court and never received service.

5. Appellees have been active in the instant proceeding.

6. This case presents important First Amendment issues and Appellant's 9,748-word Motion presents a number of legally dense arguments.

7. Given the nature of the legal issues at hand, and the fact that Appellees' lead counsel did not receive service in a timely manner, Appellees request an additional seven (7) days after the current deadline in order to competently brief

[1] *See*, 11th Cir. R. 31-2(d).

these issues.

6. Appellees' counsel consulted with counsel for the Appellants and is authorized to report that the Appellants do not oppose an extension for Appellees' Opposition Brief, to and including, December 22, 2022.

WHEREFORE, Appellees move this Court to enlarge the time for filing of their Opposition Brief to and including, December 22, 2022.

DATED: December 8, 2022

Respectfully Submitted,

/s/ Gary S. Edinger
GARY S. EDINGER, ESQUIRE
Fla. Bar No.: 0606812
BENJAMIN, AARONSON, EDINGER & PATANZO, P.A.
305 N.E. 1st Street
Gainesville, Florida 32601
Tel: (352) 338-4440
Fax: (352) 337-0696
GSEdinger12@gmail.com

*Attorney for Appellants*

## CERTIFICATE OF COMPLIANCE WITH FRAP 32

I certify that this Motion complies with the type-volume limitation of Fed. R. App. P. 32(a)(7)(B)(ii) because this Motion contains 239 words, as calculated by Word, excluding the parts of the brief exempted by Rule 32(f), Fed.R.App.P.

This Motion complies with the typeface requirements of Fed.R.App.P. 32(a)(5) and the type style requirements of Fed.R.App.P. 32(a)(6) because this Motion has been prepared in a proportionally spaced typeface using MS Word 2019 in Times New Roman 14 point font.

/s/ Gary S. Edinger
GARY S. EDINGER, Esquire
Florida Bar No. 0606812

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of Court for the United States Court of Appeals for the Eleventh Circuit by using the appellate CM/ECF system on December 8, 2022. I certify that counsel for Defendants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

/s/ Gary S. Edinger
GARY S. EDINGER, Esquire
Florida Bar No. 0606812