Rev. 4/18

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

# CIVIL APPEAL STATEMENT

*Please TYPE. Attach additional pages if necessary.*

11th Circuit Docket Number: 22-13994

Caption:

Adriana Novoa, et al. v. Commissioner of the Florida State Board of Education, et al.

District and Division: Northern District of Florida (Tallahassee)
Name of Judge: Mark E. Walker
Nature of Suit: 440 Civil Rights: Other

Date Complaint Filed: September 6, 2022
District Court Docket Number: 4:22-cv-00324-MW-MAF

Date Notice of Appeal Filed: November 29, 2022
☐ Cross Appeal ☐ Class Action

Has this matter previously been before this court?
☐ Yes ☑ No
If Yes, provide
(a) Caption: ______
(b) Citation: ______
(c) Docket Number: ______

| | Attorney Name | Mailing Address | Telephone, Fax, Email |
|---|---|---|---|
| For Appellant:<br>☐ Plaintiff<br>☑ Defendant<br>☐ Other (Specify) | See attached addendum | | |
| For Appellee:<br>☑ Plaintiff<br>☐ Defendant<br>☐ Other (Specify) | See attached addendum | | |

*Please CIRCLE/CHECK/COMPLETE the items below and on page 2 that apply.*

| Jurisdiction | Nature of Judgment | Type of Order | Relief |
|---|---|---|---|
| ☑ Federal Question<br>☐ Diversity<br>☐ US Plaintiff<br>☐ US Defendant | ☐ Final Judgment, 28 USC 1291<br>☑ Interlocutory Order, 28 USC 1292(a)(1)<br>☐ Interlocutory Order Certified, 28 USC 1292(b)<br>☐ Interlocutory Order, Qualified Immunity<br>☐ Final Agency Action (Review)<br>☐ 54(b) | ☐ Dismissal/Jurisdiction<br>☐ Default Judgment<br>☐ Summary Judgment<br>☐ Judgment/Bench Trial<br>☐ Judgment/Jury Verdict<br>☐ Judgment/Directed Verdict/NOV<br>☑ Injunction<br>☐ Other ______ | Amount Sought by Plaintiff: $______<br>Amount Sought by Defendant: $______<br>Awarded: $______ to ______<br>Injunctions:<br>☐ TRO<br>☑ Preliminary ☑ Granted<br>☐ Permanent ☐ Denied |

 11th Circuit Docket Number: 22-13994

Based on your present knowledge:

(1) Does this appeal involve a question of First Impression? ☑ Yes ☐ No
What is the issue you claim is one of First Impression? To what extent may States prohibit publicly employed faculty from endorsing discriminatory concepts in the classroom.

(2) Will the determination of this appeal turn on the interpretation or application of a particular case or statute? ☑ Yes ☐ No

If Yes, provide
(a) Case Name/Statute Fla. Stat. Section 1000.05(4).
(b) Citation Bishop v. Aronov, 926 F.2d 1066 (11th Cir. 1991).
(c) Docket Number if unreported

(3) Is there any case now pending or about to be brought before this court or any other court or administrative agency that
(a) Arises from substantially the same case or controversy as this appeal? ☐ Yes ☑ No
(b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal? ☑ Yes ☐ No

If Yes, provide
(a) Case Name Honeyfund v. DeSantis, and Pernell v. Lamb
(b) Citation
(c) Docket Number if unreported Nos. 22-13135 and 22-13992
(d) Court or Agency United States Court of Appeals for the Eleventh Circuit

(4) Will this appeal involve a conflict of law
(a) Within the Eleventh Circuit? ☐ Yes ☑ No
(b) Among circuits? ☐ Yes ☑ No

If Yes, explain briefly:

(5) Issues proposed to be raised on appeal, including jurisdictional challenges:

This interlocutory appeal from the district court's granting of plaintiffs' motion for preliminary injunction raises numerous issues, including: whether any plaintiffs have standing; whether and to what extent the First Amendment applies to in-class speech by publicly employed university professors; if the First Amendment applies, what level of scrutiny should the court apply to evaluate the challenged provisions; under the relevant level of scrutiny, are the challenged provisions permissible regulations; whether the challenged provisions are unconstitutionally vague.

I CERTIFY THAT I SERVED THIS CIVIL APPEAL STATEMENT ON THE CLERK OF THE U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT AND SERVED A COPY ON EACH PARTY OR THEIR COUNSEL OF RECORD, THIS 19 DAY OF December, 2022.

Charles J. Cooper
NAME OF COUNSEL (Print)

/s/Charles J. Cooper
SIGNATURE OF COUNSEL

**ADDENDUM**

Charles J. Cooper
John D. Ohlendorf
Megan M. Wold
John D. Ramer
Cooper & Kirk PLLC
1523 New Hampshire Avenue NW
Washington, DC 20036
202-220-9600
ccooper@cooperkirk.com
johlendorf@cooperkirk.com
mwold@cooperkirk.com
jramer@cooperkirk.com

*Attorneys for Defendants-Appellants Manny Diaz, Jr., in his official capacity as the Commissioner of the Florida State Board of Education; Timothy M. Cerio, Richard Corcoran, Aubrey Edge, Patricia Frost, Nimna Gabadage, Edward Haddock, Ken Jones, Darlene Luccio Jordan, Brian Lamb, Alan Levine, Charles H. Lydecker, Craig Mateer, Deanna Michael, Steven M. Scott, Eric Silagy, Kent Stermon, and Julie Leftheris, in their official capacities as members of the Florida Board of Governors of the State University System; Timothy L. Boaz, Sandra Callahan, Michael Carrere, N. Rogan Donelly, Michael E. Griffin, Oscar Horton, Lauren Monbarren, Nithin Palyam, Shilen Patel, Frederick Piccolo, Melissa Seixas, Jenifer Jasinski Schneider, William Weatherford, in their official capacities as the members of the University of South Florida Board of Trustees*

Gary S. Edinger
Benjamin, Aaronson, Edinger & Patanzo, P.A.
305 N.E. 1st St.
Gainesville, Florida 32601
352-338-4440
GSEdinger12@gmail.com

Greg H. Greubel
Foundation for Individual Rights and Expression
510 Walnut St., Ste. 1250
Philadelphia, PA 19106
267-838-8083

Greg.greubel@thefire.org

*Attorneys for Plaintiffs-Appellees*