**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE ELEVENTH CIRCUIT**

CASE NO.: 22-13994-J

ADRIANA NOVOA, et al.,
*Plaintiffs–Appellees*,

v.

MANNY DIAZ, JR., et al.,
*Defendants–Appellants*.
_________________________________/

**DECLARATION OF GREG HAROLD GREUBEL**

Under 28 U.S.C. § 1746, I, Greg Harold Greubel, declare as follows:

1. I am over the age of 18 and have personal knowledge of the facts in this declaration.

2. I am an attorney with the Foundation for Individual Rights and Expression, counsel for Plaintiffs-Appellees Adriana Novoa, Samuel Rechek, and First Amendment Forum at the University of South Florida in this action. I am licensed to practice law in the States of Iowa, New Jersey, and California as well as the Commonwealth of Pennsylvania. I am a member of the bar of the United States Court of Appeals for the Third and Eleventh Circuits as well as the United States District Courts for the District of New Jersey, Eastern District of Pennsylvania, and Middle District of Pennsylvania.

3. A true and correct copy of the transcript of preliminary injunction proceedings in the district court proceedings for the above-referenced matter, docketed at No. 4:22-cv-324-MW-MAF, is attached as **Exhibit A**.

4. I submit this declaration only to offer documentary support for Plaintiffs-Appellees response to Appellants-Defendants' motion to stay under Federal Rule of Appellate Procedure 27(a)(2)(B).

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 22nd day of December, 2022.

GREG HAROLD GREUBEL
PA Bar No. 321130