**United States Court of Appeals**
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk

In Replying Give Number
Of Case and Names of Parties

October 4, 2023

**NOTICE TO COUNSEL OR PARTIES IN CASES LISTED BELOW:**

The following cases are scheduled for oral argument during the week of **JANUARY 29, 2024, IN MIAMI, FLORIDA. COURT WILL BE HELD TUESDAY-FRIDAY OF THIS WEEK. COUNSEL WILL RECEIVE A FINAL CALENDAR APPROXIMATELY 6-8 WEEKS IN ADVANCE OF THE SESSION ASSIGNING A SPECIFIC DATE OF ORAL ARGUMENT.** ***Please note that after an appeal is assigned to a specific day for oral argument, any change in or addition to counsel in the appeal requires leave of court. See 11th Cir.R.34-4(e).***

If counsel has any insoluble scheduling conflicts which would interfere with argument during that week, please telephone this office **AS SOON AS POSSIBLE** at 404-335-6166 or email **Jenifer_Tubbs@ca11.uscourts.gov**

**JENIFER TUBBS**
Court Sessions Supervisor

---

***PLEASE TELEPHONE THIS OFFICE IMMEDIATELY WITH ANY SCHEDULING REQUESTS. PLEASE REFER TO CALENDAR #9.***

| | |
|---|---|
| 22-13495 | Gemini Insurance Company v. Zurich American Insurance Company |
| 22-13642 | OHI Asset (VA) Martinsville SNF, LLC, et al. v. George P. Wagner, III |
| 23-10137 | Annette Davis v. Great Northern Insurance Company, et al. |
| 22-10963 | Bruce Jacobs v. JP Morgan Chase Bank N.A. |
| 22-12966 | Odette Blanco De Fernandez, et al. v. Seaboard Marine Ltd. |
| 22-11921 | United States v. Nigel Richardson |
| 22-13024 | Richard Cotromano, et al. v. Raytheon Technologies Corporation |
| 22-13539 | Philippe Calderon, et al. v. Sixt rent A Car, LLC |
| 22-13992 | LeRoy Pernell, et al. v. Commissioner of the FL State Board of Education, et al. (Consolidated with 22-13994, Adriana Novoa, et al. v. Commission of the FL State Board of Education, et al.) |
| 22-13412 | Securities and Exchange Commission, et al. v. Eleanor Fisher, et al. |
| 23-11064 | General Star National Insurance Company v. MDLV LLC, et al. |
| 23-10436 | Peter Jang, et al. v. Apex Clearing Corporation |
| 22-11835 | Beverley Schottenstein v. Evan Schottenstein, et al. |
| 23-10309 | Levi Goldfarb, et al. v. Reliance Standard Life Insurance Company |