**United States Court of Appeals**
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk

In Replying Give Number
Of Case and Names of Parties

March 7, 2024

**NOTICE TO COUNSEL OR PARTIES IN CASES LISTED BELOW:**

The following cases are scheduled for oral argument during the week of **JUNE 10, 2024, IN MIAMI, FLORIDA. COURT WILL BE HELD TUESDAY-FRIDAY OF THIS WEEK. COUNSEL WILL RECEIVE A FINAL CALENDAR APPROXIMATELY 6-8 WEEKS IN ADVANCE OF THE SESSION ASSIGNING A SPECIFIC DATE OF ORAL ARGUMENT. IF THERE ARE ANY PENDING RELATED APPEALS, COUNSEL SHOULD NOTIFY THE CLERK AS SOON AS POSSIBLE.** ***Please note that after an appeal is assigned to a specific day for oral argument, any change in or addition to counsel in the appeal requires leave of court. See 11th Cir.R.34-4(e).***

If counsel has any insoluble scheduling conflicts which would interfere with argument during that week, please telephone this office **AS SOON AS POSSIBLE** at 404-335-6166 or email **Jenifer_Tubbs@ca11.uscourts.gov**

**JENIFER TUBBS**
Court Sessions Supervisor

---

***PLEASE TELEPHONE THIS OFFICE IMMEDIATELY WITH ANY SCHEDULING REQUESTS. PLEASE REFER TO CALENDAR #18.***

| | |
|---|---|
| 22-13992 | LeRoy Pernell, et al. v. Commissioner of the FL State Board of Education, et al. (Consolidated with 22-13994) (REVISED ARGUMENT DATE) |
| 23-11319 | Katherine Brennan v. Johnson & Johnson Consumer, et al. |
| 23-11270 | Alan Dershowitz v. Cable News Network, Inc. |
| 23-10228 | Securities and Exchange Commission v. Lisa McElhone, et al. |
| 22-13097 | United States v. Marvin Green |
| 23-10691 | David Efron v. Madeleine Candelario, et al. |
| 23-10070 | Onemata Corporation v. Sabira Arefin, et al. |
| 23-10794 | United States v. Javarese Holmes |
| 23-10308 | Kenneth Carey, et al. v. Jonathan Kirk, et al. |
| 23-12563 | Affordable Aerial Photography, Inc. v. Property Matters USA, LLC |
| 22-11488 | United States v. Curtis Solomon, et al. |
| 22-14119 | United States v. Terius Thomas |
| 22-12446 | Hector Diaz-Arellano v. U.S. Attorney General |
| 23-10633 | Carmina Comparelli v. Republica Bolivariana De Venezuela |
| 20-10579 | United States v. John R. Moore, Jr., et al. |
| 23-11260 | PNI Litigation Trust v. National Union Fire Insurance Company of Pttsburgh, PA, et al. |