# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

Counsel presenting oral argument should appear in person at the Clerk's Office **NO LATER THAN 8:30 A.M.** on the day of the hearing

Clerk's Office
Federal Justice Building
99 N.E. 4th Street
Miami, Florida 33132
(305) 579-4430

HEARING LOCATION

12th Floor Courtroom
James Lawrence King Federal Justice
99 N.E. 4th Street
MIAMI, FLORIDA

COURT CONVENES AT 9:00 A.M.
(unless otherwise shown)

DAVID J. SMITH
Clerk of Court
United States Court of Appeals
for the Eleventh Circuit
(404) 335-6100

The court has determined that the cases listed below are to be orally argued not to exceed **fifteen** minutes per side. Argument time for those cases marked ***** will not exceed twenty minutes per side unless altered by the presiding judge. Counsel for each party must present oral argument unless excused by the court for good cause shown. The following cases are assigned for hearing on the following dates:

TUESDAY, JUNE 11, 2024

| | |
|---|---|
| 23-10579 | United States v. John R. Moore, et al., Appellants |
| 22-11488 | United States v. Curtis Solomon, et al., Appellants |
| 22-12446 | Hector Diaz-Arellano, Petitioner v. U.S. Attorney General |
| 23-11319 | Katherine Brennan, et al., Appellees/Cross Appellants; Theodore Frank, Appellant/Cross Appellee v. Johnson & Johnson Consumer, Inc., et al., Appellees |

WEDNESDAY, JUNE 12, 2024

| | |
|---|---|
| 22-14119 | United States v. Terius Thomas, Appellant |
| 23-10228 | Securities and Exchange Commission, et al. v. Lisa McElhone, et al., Appellants |
| 23-10633 | Carmina R. Comparelli, Appellant v. Republica Bolivariana de Venezuela, et al. |
| 23-11270 | Alan Dershowitz, Appellant v. Cable News Network, Inc. |

THURSDAY, JUNE 13, 2024

| | |
|---|---|
| 23-10794 | United States v. Javarese Holmes, Appellant |
| 22-13992 | LeRoy Pernell, et al. v. Brian Lamb, et al., Appellants (Consolidated with 22-13994, Adriana Novoa, et al. v. Commissioner of the Florida State Board of Education, et al., Appellants) |
| 23-12563 | Affordable Aerial Photography, Inc. v. Property Matters USA, LLC, Appellant |
| 23-11260 | PNI Litigation Trust, Appellant v. National Union Fire Insurance Company of Pittsburg, et al. |

FRIDAY, JUNE 14, 2024

| | |
|---|---|
| 22-13097 | United States v. Marvin Green, Appellant |
| 23-10070 | Onemata Corporation v. Sabira Arefin, et al, Appellants |
| 23-10691 | David Efron, Appellant v. Madeleine Candelario, et al. |
| 23-10308 | Steve Anyadike, et al., Appellants v. Jonathan Kirk, et al. |

COUNSEL MUST REPORT TO THE CLERK'S OFFICE PRIOR TO 8:30 AM ON MORNING OF ORAL ARGUMENT

ATLANTA, GEORGIA
04/09/24 - #18