Nos. 22-13992 & 22-13994

# In the United States Court of Appeals for the Eleventh Circuit

LEROY PERNELL, et al.,
*Plaintiffs-Appellees*,

v.

BRIAN LAMB, et al.,
*Defendants-Appellants*.

ADRIANA NOVOA, et al.,
*Plaintiffs-Appellees,*

v.

MANNY DIAZ, JR., et al.,
*Defendants-Appellants*.

On Appeal from the United States District Court for the Northern District of Florida, Nos. 4:22-cv-304-MW-MAF & 4:22-cv-324-MW-MAF

**UNCONTESTED MOTION FOR USE OF ELECTRONIC DEVICE DURING ORAL ARGUMENT**


GREG HAROLD GREUBEL
ADAM STEINBAUGH
JT MORRIS
FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
510 Walnut Street, Suite 1250
Philadelphia, PA 19106
Tel: (215) 717-3473
Fax: (267) 573-3073
greg.greubel@thefire.org
adam@thefire.org
jt.morris@thefire.org

GARY S. EDINGER
BENJAMIN, AARONSON, EDINGER & PATANZO, P.A.
305 N.E. 1st Street
Gainesville, Florida 32601
Tel: (352) 338-4440
Fax: (352) 337-0696
GSEdinger12@gmail.com

**AMENDED CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Local Rules 26.1-1 through 26.1-4, Plaintiffs-Appellees certify that the following individuals and entities may have an interest in the outcome of this case or appeal:[1]

1. Academic Freedom Alliance, *Amicus Curiae*
2. Almond, Russell, *Plaintiff-Appellee*
3. American Association of University Professors, *Amicus Curiae*
4. American Civil Liberties Union Foundation of Florida, Inc., *Attorneys for Plaintiffs-Appellees*
5. American Civil Liberties Union Foundation, *Attorneys for Plaintiffs-Appellees*
6. Arnpriester, Natasha, *Attorney for Amici Curiae, Policing and Criminal Justice Organizations and Scholars*
7. Austin, Sharon Wright, *Plaintiff-Appellee*
8. Azis, Jacqueline Nicole, *Attorney for Plaintiffs-Appellees*
9. Ballard Spahr, LLP, *Attorneys for Plaintiffs-Appellees*

[1] This certificate includes parties involved in the related appeal of *Pernell v. Lamb*, No. 22-13992.

10. Bastacky, Michele, *Attorney for Amici Curiae, National Education Association, United Faculty of Florida, National Black Law Students Association, and Stand For Freedom*
11. Benjamin, Aaronson, Edinger, & Pantzano, P.A., *Attorneys for Plaintiffs-Appellees (Novoa – No. 22-13994)*
12. Blankenship, Katherine, *Attorney for Plaintiffs-Appellees (withdrawn Nov. 8, 2023)*
13. Boaz, Timothy L., *Defendant-Appellant (Novoa – No. 22-13994)*
14. Burgess, Tiffani, *Attorney for Plaintiffs-Appellees*
15. Callahan, Sandra, *Defendant-Appellant (Novoa – No. 22-13994)*
16. Carrere, Michael, *Defendant-Appellant (Novoa – No. 22-13994)*
17. Cerio, Timothy M., *Defendant-Appellant*
18. Chavis, Kami, *Amicus Curiae*
19. Cherry, Mark, *Attorney for Amicus Curiae, LatinoJustice PRLDEF*
20. Coleman, Santino*, Attorney for Plaintiffs-Appellees*
21. Cooper & Kirk, PLLC, *Attorneys for Defendants-Appellants*
22. Cooper, Charles J., *Attorney for Defendants-Appellants*
23. Corcoran, Richard, *Defendant-Appellant*
24. Cox, Justin, *Attorney for Amici Curiae, Policing and Criminal Justice Organizations and Scholars*

25. Cruz, Roberto, *Attorney for Amicus Curiae, LatinoJustice PRLDEF*
26. Daniel, Laurie Webb, *Attorney for Amici Curiae, Professor Amna Khalid and Professor Jeffrey Snyder*
27. Dauphin, Johana, *Plaintiff-Appellee (dismissed Jan. 19, 2024)*
28. Delgado, Abel S., *Attorney for Amicus Curiae, Learning for Justice and Florida Freedom to Read Project*
29. Diaz, Jr., Manny, *Defendant-Appellant (Novoa – No. 22-13994)*
30. Donnelly, N. Rogan, *Defendant-Appellant (Novoa – No. 22-13994)*
31. Drivas, Ioannis D., *Attorney for Amicus Curiae, The New Press*
32. Dunn, Marvin, *Plaintiff-Appellee*
33. Edge, Aubrey, *Defendant-Appellant*
34. Edinger, Gary Scott, *Attorney for Plaintiffs-Appellees (Novoa – No. 22-13994)*
35. Edwards, Jerry Crawford, *Attorney for Plaintiffs-Appellees*
36. Fair and Just Prosecution, *Amicus Curiae*
37. Fajana, Morenike, *Attorney for Plaintiffs-Appellees*
38. First Amendment Forum at University of South Florida, *Plaintiff-Appellee (Novoa – No. 22-13994)*
39. First Amendment Lawyers Association, *Amicus Curiae*

40. Fitzpatrick, Magistrate Judge Hon. Martin A., U.S. District Court for the Northern District of Florida
41. Florida A&M University Board of Trustees, *Defendant (dismissed Nov. 22, 2022)*
42. Florida Board of Governors of the State University System, *Defendant (dismissed Nov. 22, 2022)*
43. Florida Freedom to Read Project, *Amicus Curiae*
44. Florida International University Board of Trustees, *Defendant (dismissed Nov. 22, 2022)*
45. Florida State University Board of Trustees, *Defendant (dismissed Nov. 22, 2022)*
46. Foundation for Individual Rights and Expression, *Attorneys for Plaintiffs-Appellees (Novoa – No. 22-13994)*
47. Friedlander, Matthew D., *Attorney for Amici Curiae, Professor Amna Khalid and Professor Jeffrey Snyder*
48. Friedman, Barry, *Amicus Curiae*
49. Frost, Patricia, *Defendant-Appellant*
50. Gabadage, Nimna, *Defendant-Appellant*
51. Gary S. Edinger & Associates PA — Gainesville, FL, *Attorney for Plaintiffs Appellees (Novoa – No. 22-13994)*

52. Gibson, Dunn & Crutcher LLP, *Attorneys for Amicus Curiae, LatinoJustice PRLDEF*
53. Goodmark, Craig, *Attorney for Amici Curiae, National Education Association, United Faculty of Florida, National Black Law Students Association, and Stand For Freedom*
54. Goldston, James A., *Attorney for Amici Curiae, Policing and Criminal Justice Organizations and Scholars*
55. Green, James K., *Attorney for Amicus Curiae, PEN American Center*
56. Greubel, Greg Harold, *Attorney for Plaintiffs-Appellees (Novoa – No. 22-13994)*
57. Griffin, Michael, *Defendant-Appellant (Novoa – No. 22-13994)*
58. Haddock, Jr., Edward Ellis, *Defendant-Appellant*
59. Hinger, Sarah Ann, *Attorney for Plaintiffs-Appellees*
60. Horton, Oscar, *Defendant-Appellant (Novoa – No. 22-13994)*
61. Jackson, Bacardi L., *Attorney for Amici Curiae, Learning for Justice and Florida Freedom to Read Project*
62. Jeon, Sunny S., *Attorney for Amicus Curiae, The New Press*
63. Johnson, Alexsis Marie, *Attorney for Plaintiffs-Appellees*
64. Jones, Kenneth, *Defendant-Appellant*
65. Jordan, Darlene Luccio, *Defendant-Appellant*

66. Keesee, Tracie L., *Amicus Curiae*
67. Khalid, Amna, *Amicus Curiae*
68. Lamb, Brian, *Defendant-Appellant*
69. LatinoJustice PRLDEF, *Amicus Curiae*
70. Law Enforcement Action Partnership, *Amicus Curiae*
71. Learning for Justice, *Amicus Curiae*
72. Leckerman, Jason Allen, *Attorney for Plaintiffs-Appellees*
73. Lee, Jin Hee, *Attorney for Plaintiffs-Appellees*
74. Leftheris, Julie, *Defendant-Appellant (Novoa – No. 22-13994)*
75. Levine, Alan, *Defendant-Appellant*
76. Lieberwitz, Risa L., *Attorney for Amicus Curiae, American Association of University Professors*
77. Lubin, Catharine E., *Attorney for Plaintiffs-Appellees*
78. Lydecker, Charles, *Defendant-Appellant*
79. Mabatah, Isiuwa Jacqueline, *Attorney for Plaintiffs-Appellees*
80. Mateer, Craig, *Defendant-Appellant*
81. McGough, Maureen Quinn, *Amicus Curiae*
82. McDonald, Skyler G., *Attorney for Amici Curiae, Professor Amna Khalid and Professor Jeffrey Snyder*
83. McLaurin, Charles, *Attorney for Plaintiffs-Appellees*

84. McNamara, Caroline Andrews, *Attorney for Plaintiffs-Appellees*
85. Michael, Deanna, *Defendant-Appellant*
86. Monbarren, Lauran, *Defendant-Appellant (Novoa – No. 22-13994)*
87. Moraff, Laura Beth, *Attorney for Plaintiffs-Appellees (withdrawn Sept. 18, 2023)*
88. Morris, Joshua ("J.T."), *Attorney for Plaintiffs-Appellees (Novoa – No. 22-13994)*
89. NAACP Legal Defense & Educational Fund, Inc., *Attorneys for Plaintiffs-Appellees*
90. Nascimento, Isabella Salomao, *Attorney for Plaintiffs-Appellees*
91. National Black Law Students Association, *Amicus Curiae*
92. National Coalition Building Institute, *Amicus Curiae*
93. National Education Association, *Amicus Curiae*
94. Nisenson, Aaron, *Attorney for Amicus Curiae, American Association of University Professors*
95. Novoa, Adriana, *Plaintiff-Appellee (Novoa – No. 22-13994)*
96. O'Brien, Alice, *Attorney for Amici Curiae, National Education Association, United Faculty of Florida, National Black Law Students Association, and Stand For Freedom*
97. Ohlendorf, John David, *Attorney for Defendants-Appellants*

98. Palyam, Nithin, *Defendant-Appellant (Novoa – No. 22-13994)*
99. Pardue, Crystal, *Attorney for Plaintiffs-Appellees*
100. Park, Shelley, *Plaintiff-Appellee*
101. Parsons, Emmy*, Attorney for Plaintiffs-Appellees*
102. Patel, Shilen, *Defendant-Appellant (Novoa – No. 22-13994)*
103. PEN American Center, *Amicus Curiae*
104. Pernell, LeRoy, *Plaintiff-Appellee*
105. Piccolo, Fredrick, *Defendant-Appellant (Novoa – No. 22-13994)*
106. Quinn, Genevieve, *Attorney for Amici Curiae, Policing and Criminal Justice Organizations and Scholars*
107. Ramer, John, *Attorney for Defendants-Appellants*
108. Randazza, Marc J., *Attorney for Amicus Curiae, First Amendment Lawyers Association*
109. Rechek, Samuel, *Plaintiff-Appellee (Novoa – No. 22-13994)*
110. Sandoval, Jennifer, *Plaintiff-Appellee*
111. Schneider, Jenifer Jasinski, *Defendant-Appellant (Novoa – No. 22-13994)*
112. Scott, Steven, *Defendant-Appellant*
113. Seixas, Melissa, *Defendant-Appellant (Novoa – No. 22-13994)*
114. Seley, Peter, *Attorney for Amicus Curiae, LatinoJustice PRLDEF*
115. Self, William, *Defendant-Appellant*

116. Silagy, Eric, *Defendant-Appellant*
117. Siwica, Richard, *Attorney for Amicus Curiae, American Association of University Professors*
118. Smith-Kea, Nicola, *Amicus Curiae*
119. Snyder, Jeffrey, *Amicus Curiae*
120. Sperlein, D. Gill, *Attorney for Amicus Curiae, First Amendment Lawyers Association*
121. Stand For Freedom, *Amicus Curiae*
122. Steinbaugh, Adam, *Attorney for Plaintiffs-Appellees (Novoa – No. 22-13994)*
123. Stermon, Kent, *Defendant-Appellant*
124. Strategies for Justice, BWMP LLC, *Amicus Curiae*
125. Swidriski, Edward D., *Attorney for Amicus Curiae, American Association of University Professors*
126. Sykes, Emerson James, *Attorney for Plaintiffs-Appellees*
127. The Black Police Experience, *Amicus Curiae*
128. The New Press, *Amicus Curiae*
129. Thompson Dorsey, Dana, *Plaintiff-Appellee*
130. Tilley, Daniel Boaz, *Attorney for Plaintiffs-Appellees*
131. Tobin, Charles David, *Attorney for Plaintiffs-Appellees*

132. United Faculty of Florida, *Amicus Curiae*
133. University of Central Florida Board of Trustees, *Defendant (dismissed Nov. 22, 2022)*
134. University of Florida Board of Trustees, *Defendant (dismissed Nov. 22, 2022)*
135. University of South Florida Board of Trustees, *Defendant (dismissed Nov. 22, 2022)*
136. Uribe, Rafaela, *Attorney for Amicus Curiae, LatinoJustice PRLDEF*
137. Vidyarthi, Apratim, *Attorney for Amicus Curiae, LatinoJustice PRLDEF*
138. Volokh, Eugene, *Attorney for Amicus Curiae, Academic Freedom Alliance*
139. Walker, Hon. Judge Mark E., U.S. District Court for the Northern District of Florida
140. Wachtell, Herbert M., *Attorney for Amicus Curiae, The New Press*
141. Walta, Jason, *Attorney for Amici Curiae, National Education Association, United Faculty of Florida, National Black Law Students Association, and Stand For Freedom*
142. Watson, Leah Monique, *Attorney for Plaintiffs-Appellees*
143. Weatherford, William, *Defendant-Appellant (Novoa – No. 22-13994)*
144. Wold, Megan M., *Attorney for Defendants-Appellants*

145. Wolman, Jay M., *Attorney for Amicus Curiae, First Amendment Lawyers Association*

Plaintiffs-Appellees further state that no publicly traded company or corporation has an interest in the outcome of the case or appeal.

Dated: May 23, 2024

*/s/ Greg H. Greubel*
Greg H. Greubel

*Counsel for Novoa Appellees*

**UNCONTESTED MOTION FOR USE OF ELECTRONIC DEVICE DURING ORAL ARGUMENT**

Under Federal Rule of Appellate Procedure 27 and Rule 27-1 of this Court, Plaintiffs-Appellees Adriana Novoa, Sam Rechek, and the First Amendment Forum respectfully request the ability to use an electronic device (iPad) during oral argument.[2]

Defendants-Appellants appeal an Order Granting in Part and Denying in Part Motions for Preliminary Injunction (the "Preliminary Injunction") issued in *Pernell v. Lamb* (No. 22-13992) and *Novoa v. Diaz* (No. 22-13994) blocking the State of Florida from enforcing the higher education provisions of the Individual Freedom Act (aka, Stop W.O.K.E. Act) (the "Act"), FLA. STAT. § 1000.05(4), a law that prohibits training or instruction on eight enumerated concepts referencing, among other things, racism and sexism.

Counsel for Plaintiffs-Appellees would like to use an iPad to take notes and review materials during oral argument. Counsel **will not** use the iPad to present materials to the Court. Good cause exists to grant this Motion because the ability to use an iPad will avoid the need for Counsel to print voluminous documents and more efficiently present an argument to the Court. No party contest this Motion.

[2] The *Eleventh Circuit Portable Electronic Devices Policy* provides that "Attorneys may use portable electronic devices in court facilities and during any court session. However, the presiding judge may limit or deny the use of portable electronic devices during any court session."

WHEREFORE, the undersigned counsel respectfully requests the ability to use an electronic device (iPad) during oral argument.

RESPECTFULLY SUBMITTED on this 23rd day of May 2024.

*/s/ Greg H. Greubel*
GREG HAROLD GREUBEL
PA. Bar No. 321130; NJ No. 171622015
ADAM STEINBAUGH
PA. Bar No. 326475; CA No. 304829
JT MORRIS
Tex. Bar No. 24094444
FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
510 Walnut Street, Suite 900
Philadelphia, PA 19106
Tel: (215) 717-3473
Fax: (267) 573-3073
greg.greubel@thefire.org
adam@thefire.org
jt.morris@thefire.org

GARY S. EDINGER, ESQUIRE
Fla. Bar No. 0606812
BENJAMIN, AARONSON, EDINGER & PATANZO, P.A.
305 N.E. 1st Street
Gainesville, Florida 32601
Tel: (352) 338-4440
Fax: (352) 337-0696
GSEdinger12@gmail.com

*Counsel for Plaintiffs-Appellees Adriana Novoa, Sam Rechek, and the First Amendment Forum*

## CERTIFICATE OF COMPLIANCE

I hereby certify that this motion complies with the type-volume limitations of Fed. R. App. P. 27(d)(2)(A) because this motion contains 215 words.

This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this motion has been prepared in a proportionately spaced typeface using Microsoft Word for Office 365 in 14-point Times New Roman font.

Dated: May 23, 2024

*/s/ Greg H. Greubel*
Greg H. Greubel

*Counsel for Plaintiffs-Appellees*

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2024, the foregoing document was filed electronically with the Clerk of Court through the appellate CM/ECF system. I further certify that all parties required to be served have been served.

Dated: May 23, 2024

*/s/ Greg H. Greubel*
Greg H. Greubel

*Counsel for Plaintiffs-Appellees*