In the

# United States Court of Appeals

For the Eleventh Circuit

---

No. 22-13992

---

LEROY PERNELL,
DANA THOMPSON DORSEY,
SHARON WRIGHT AUSTIN,
SHELLEY PARK,
JENNIFER SANDOVAL, et al.,

Plaintiffs-Appellees,

*versus*

FLORIDA BOARD OF GOVERNORS
OF THE STATE UNIVERSITY, et al.,

Defendants,

BRIAN LAMB,
ERIC SILAGY,
TIMOTHY CERIO,

RICHARD CORCORAN,
AUBREY EDGE, et al.,

Defendants-Appellants.

---

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 4:22-cv-00304-MW-MAF

---

---

No. 22-13994

---

ADRIANA NOVOA,
SAMUEL RECHEK,
FIRST AMENDMENT FORUM AT
UNIVERSITY OF SOUTH FLORIDA,

Plaintiffs-Appellees,

*versus*

COMMISSIONER OF THE FLORIDA STATE
BOARD OF EDUCATION,
TIMOTHY M. CERIO,

RICHARD CORCORAN,
AUBREY EDGE,
PATRICIA FROST, et al.,

Defendants-Appellants.

---

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 4:22-cv-00324-MW-MAF

---

ORDER:

Appellees' motion for attorney Greg H. Greubel leave to use iPad for oral argument is GRANTED.

/s/ Charles R. Wilson
UNITED STATES CIRCUIT JUDGE