In the
# United States Court of Appeals
For the Eleventh Circuit

---

No. 22-13992

---

LEROY PERNELL,
DANA THOMPSON DORSEY,
SHARON WRIGHT AUSTIN,
SHELLEY PARK,
JENNIFER SANDOVAL, et al.,

Plaintiffs-Appellees,

*versus*

FLORIDA BOARD OF GOVERNORS
OF THE STATE UNIVERSITY, et al.,

Defendants,

BRIAN LAMB,
ERIC SILAGY,
TIMOTHY CERIO,
RICHARD CORCORAN,
AUBREY EDGE, et al.,

Defendants-Appellants.

---

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 4:22-cv-00304-MW-MAF

---

No. 22-13994

---

ADRIANA NOVOA,
SAMUEL RECHEK,
FIRST AMENDMENT FORUM AT
UNIVERSITY OF SOUTH FLORIDA,

Plaintiffs-Appellees,

*versus*

COMMISSIONER OF THE FLORIDA STATE
BOARD OF EDUCATION,
TIMOTHY M. CERIO,
RICHARD CORCORAN,
AUBREY EDGE,
PATRICIA FROST, et al.,

Defendants-Appellants.

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 4:22-cv-00324-MW-MAF

ORDER:

The motion to withdraw as counsel for the Appellees in appeal number 22-13992 filed by Attorney Jerry Edwards is GRANTED.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION