In the

# United States Court of Appeals

For the Eleventh Circuit

---

No. 22-13992

---

LEROY PERNELL,
DANA THOMPSON DORSEY,
SHARON WRIGHT AUSTIN,
SHELLEY PARK,
JENNIFER SANDOVAL, et al.,

Plaintiffs-Appellees,

*versus*

FLORIDA BOARD OF GOVERNORS
OF THE STATE UNIVERSITY, et al.,

Defendants,

BRIAN LAMB,
ERIC SILAGY,
TIMOTHY CERIO,
RICHARD CORCORAN,
AUBREY EDGE, et al.,

Defendants-Appellants.

---

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 4:22-cv-00304-MW-MAF

---

---

No. 22-13994

---

ADRIANA NOVOA,
SAMUEL RECHEK,
FIRST AMENDMENT FORUM AT
UNIVERSITY OF SOUTH FLORIDA,

Plaintiffs-Appellees,

*versus*

COMMISSIONER OF THE FLORIDA STATE
BOARD OF EDUCATION,
TIMOTHY M. CERIO,
RICHARD CORCORAN,
AUBREY EDGE,
PATRICIA FROST, et al.,

Defendants-Appellants.

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 4:22-cv-00324-MW-MAF

ORDER:

The motion to withdraw as counsel for Amicus Curiae LatinoJustice PRLDEF filed by Attorney Roberto Cruz and Attorney Rafaela Uribe is GRANTED.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION