

December 29, 2025

**<u>Via ECF</u>**
David J. Smith
Clerk of Court
U.S. Court of Appeals for the Eleventh Circuit
56 Forsyth St., N.W.
Atlanta, Georgia 30303

    Re:    *Novoa v. Commissioner of the Florida State Board of Education, et al.*, No. 22-13994, Plaintiffs-Appellees' Notice of Supplemental Authority

Dear Mr. Smith:

Pursuant to F.R.A.P. 28(j), Plaintiffs-Appellees Dr. Adriana Novoa, Samuel Rechek, and First Amendment Forum at the University of South Florida bring to this Court's attention the Ninth Circuit's decision in *Reges v. Cauce,* holding the University of Washington violated the First Amendment in punishing a professor for allegedly violating UW's nondiscrimination policy by including a parody land acknowledgment in his computer science syllabus. No. 24-3518, 2025 WL 3685613, at *17 (9th Cir. Dec. 19, 2025).

Like *Bishop v. Aronov, Reges* applies a balancing test to evaluate a public university's attempts to discipline a professor for speech related to scholarship or teaching. 926 F.2d 1066, 1072–75 (11th Cir. 1991) (citing *Pickering v. Board of Education,* 391 U.S. 563 (1968)); *Reges,* 2025 WL 3685613, at *14. Notably, unlike the State's position here, both the *Reges* majority and dissent agreed the First Amendment protects faculty speech related to scholarship or teaching at a public university, including commentary contained in a syllabus. *Id.* at *11, 19. The *Reges* court's view on academic freedom aligns with that of the Second,

David J. Smith; Clerk of Court
U.S. Court of Appeals for the Eleventh Circuit
December 29, 2025
Page 2 of 3

Fourth, Fifth, Sixth, and Seventh Circuits—which sharply contrasts with the State's incorrect attempt to analogize professors to K–12 teachers in this case. *Id.*; *Wood v. Fla. Dep't of Educ.*, 142 F.4th 1286 (11th Cir. 2025).

Higher education prepares students for "the disharmony of a democratic society." *Reges*, 2025 WL 3685613, at *6. That mission fails if professors face punishment for expressing viewpoints in the classroom that differ from an institution's orthodoxy or that some students find upsetting—even if the university claims the speech violates a nondiscrimination policy. *Id.* at *14–18. Permitting such viewpoint-based censorship ensures "the tides of popular campus sentiment would drown out dissenting viewpoints." *Id.* at *14.

The First Amendment prevents UW from forcing Dr. Reges to parrot its stance on land acknowledgments, just as it shields Dr. Novoa, and thousands of other professors, from Florida's attempt to abuse its nondiscrimination statute to restrict faculty viewpoints. To protect faculty instruction from government overreach, the Court should affirm the preliminary injunction.

Sincerely,

Greg Harold Greubel
IA Bar No. AT0015474; PA Bar No. 321130;
NJ Bar No. 171622015; CA Bar No. 343028
FOUNDATION FOR INDIVIDUAL
   RIGHTS AND EXPRESSION
510 Walnut Street, Suite 900
Philadelphia, Pennsylvania 19106
Tel: (215) 717-3473, ext. 230
greg.greubel@thefire.org

David J. Smith; Clerk of Court
U.S. Court of Appeals for the Eleventh Circuit
December 29, 2025
Page 3 of 3

*Attorney for Plaintiffs-Appellees Adriana Novoa, Samuel Rechek, and the First Amendment Forum.*

cc:    All Counsel of Record via ECF

Encl. *Reges v. Cauce*, No. 24-3518, 2025 WL 3685613 (9th Cir. Dec. 19, 2025).

## CERTIFICATE OF COMPLIANCE

I hereby certify that this brief complies with the type-volume limitations of FED. R. APP. P. 28(j) because the body of this letter contains 348 words.

This brief complies with the typeface requirements of FED. R. APP. P. 32(a)(5) and the type-style requirements of FED. R. APP. P. 32(a)(6) because this brief has been prepared using Microsoft Word in 14-point Chronicle Office font.

<u>/s/ Greg Harold Greubel</u>
Greg Harold Greubel

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of Court for the United States Court of Appeals for the Eleventh Circuit by using the appellate CM/ECF system on December 29, 2025. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

/s/ Greg Harold Greubel
Greg Harold Greubel
