FIRE
Foundation for Individual Rights and Expression

February 27, 2026

***Via* ECF**
Mr. David J. Smith
Clerk of Court
U.S. Court of Appeals for the Eleventh Circuit
56 Forsyth St., N.W.
Atlanta, Georgia 30303

Re: *Novoa v. Comm'r of the FL State Bd. of Educ., et al.*, No. 22-13994

Dear Mr. Smith:

Appellees Prof. Adriana Novoa, Sam Rechek, and the First Amendment Forum at the University of South Florida respond to Appellants' February 17, 2026, letter regarding *Polk v. Montgomery County Public Schools*, 166 F.4th 400 (4th Cir. 2026). *Polk*'s holding is essentially the same as *Wood v. Florida Department of Education*, 142 F.4th 1286 (11th Cir. 2025), which was the subject of Appellants' July 8, 2025, Rule 28(j) letter. Dkt. No. 96-1. Both cases applied *Garcetti* to elementary and secondary school teachers, but that is not relevant to this case, which concerns the First Amendment rights of university professors and their students. Regarding *that issue*, the Fourth Circuit in *Polk* reaffirmed that *Garcetti* does not apply to "scholarship or teaching" in public universities. 166 F.4th at 420 n.13 (citing *Porter v. Bd. of Trs. of N.C. State Univ.*, 72 F.4th 573, 582 (4th Cir. 2023)).

Appellants' insistence that cases involving elementary and secondary school teachers are persuasive to this case highlights their attempt to infantilize adults who pay tuition to learn from experts in their chosen fields. But childproofing the exchange of ideas by allowing

the State to discriminate against viewpoints in university classrooms is anathema to the First Amendment. So, this Court should affirm the district court order preliminarily enjoining the Stop WOKE Act.

Sincerely,

Greg Harold Greubel
IA Bar No. AT0015474; PA Bar No. 321130;
NJ Bar No. 171622015; CA Bar No. 343028
FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
510 Walnut Street, Suite 900
Philadelphia, Pennsylvania 19106
Tel: (215) 717-3473, ext. 230
greg.greubel@fire.org

*Attorney for Plaintiffs-Appellees Adriana Novoa, Sam Rechek, and the First Amendment Forum*

cc: All Counsel of Record via ECF

**CERTIFICATE OF COMPLIANCE**

I hereby certify that this brief complies with the type-volume limitations of FED. R. APP. P. 28(j) because the body of this letter contains 214 words.

This brief complies with the typeface requirements of FED. R. APP. P. 32(a)(5) and the type-style requirements of FED. R. APP. P. 32(a)(6) because this brief has been prepared using Microsoft Word in 14-point Chronicle Office font.

*/s/ Greg Harold Greubel*
Greg Harold Greubel

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of Court for the United States Court of Appeals for the Eleventh Circuit by using the appellate CM/ECF system on February 27, 2026. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

*/s/ Greg Harold Greubel*
Greg Harold Greubel