In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 22-13992
_____

LEROY PERNELL,
DANA THOMPSON DORSEY,
SHARON WRIGHT AUSTIN,
SHELLEY PARK,
JENNIFER SANDOVAL, et al.,

*Plaintiffs-Appellees,*

*versus*

FLORIDA BOARD OF GOVERNORS
OF THE STATE UNIVERSITY, et al.,

*Defendants,*

BRIAN LAMB,
ERIC SILAGY,
TIMOTHY CERIO,
RICHARD CORCORAN,
AUBREY EDGE, et al.,

*Defendants-Appellants.*

2                                                          22-13992

_____

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 4:22-cv-00304-MW-MAF

_____

_____

No. 22-13994

_____

ADRIANA NOVOA,

SAMUEL RECHEK,

FIRST AMENDMENT FORUM AT

UNIVERSITY OF SOUTH FLORIDA,

*Plaintiffs-Appellees,*

*versus*

COMMISSIONER OF THE FLORIDA STATE

BOARD OF EDUCATION,

TIMOTHY M. CERIO,

RICHARD CORCORAN,

AUBREY EDGE,

PATRICIA FROST, et al.,

*Defendants-Appellants.*

22-13992                                                                                                          3

———————————————

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 4:22-cv-00324-MW-MAF

———————————————

## JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: July 7, 2026

For the Court: DAVID J. SMITH, Clerk of Court